█ In the Matter of the Arbitration between DAN CURTIS PRODUCTIONS, INC., Respondent, and WRITERS GUILD OF AMERICA, EAST INC., Appellant.—

Concur — Eager, J. P., Markewich, Nunez, McNally and Steuer, JJ.